IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Timothy R. Walker                                                                                          PLAINTIFF

v.                                        No. 1:15-CV–105-JM

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

## ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the record, the recommended disposition (docket entry # 12), and the objections (docket entry # 13), the court OVERRULES the objections, ACCEPTS the recommended disposition, and DENIES Timothy J. Walker's request for relief (docket entry # 2).  Because a reasonable mind will accept the evidence as adequate to support the decision, the court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 7th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE